UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-523 JVS (ANx) | Date | April 20, 2012 |
| Title | CA T 211 Fabricante, LLC v. Legacy Electronics, Inc | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   Order to Show Cause re Jurisdiction

      The Court has made a preliminary review of the jurisdictional allegations in the:

      X    Complaint, filed April 6, 2012

         Notice of Removal ("Notice") filed

by CA T Fabricante, LLC ("Fabricante").

      The initial pleading invokes jurisdiction on the basis of diversity of citizenship, 28 U.S.C. § 1332. (Complaint, ¶ 7.) Jurisdiction on this basis requires complete diversity.

      The following parties to the action are alleged to be a limited liability companies ("LLC"):

      CA T Fabricante, LLC

      For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. Johnson v. Columbia Properties Anchorage , LP, 437 F.3d 894, 899 (9th Cir. 2006); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999). In order to determine diversity, the Court must consider the citizenship of each LLC member, and if a member is an LLC, the citizenship of its members. Presently, the Court cannot tell if jurisdiction has been properly invoked.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 12-523 JVS (ANx)                                Date  April 20, 2012

Title  CA T 211 Fabricante, LLC v. Legacy Electronics, Inc

     Fabricante is ordered to file an amended initial pleading within 15 days identifying each member of each alleged LLC and the member's citizenship and principal place of business as the date of the filing of the initial pleading.  If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

     **A failure to respond may result in dismissal of the case for lack of jurisdiction.**

: 00

Initials of Preparer     kjt