1  LAWRENCE J. HILTON (State Bar No. 156524)
          lhilton@oneil-llp.com
2  JENNIFER SUN (State Bar No. 238942)
          jsun@oneil-llp.com
3  O'NEIL LLP
   19900 MacArthur Boulevard, Suite 1050
4  Irvine, California 92612
   Telephone: (949) 798-0500
5  Facsimile: (949) 798-0511

6  Attorneys for Plaintiff
   CA T 211 FABRICANTE, LLC
7

8          **UNITED STATES DISTRICT COURT**

9      **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10 CA T 211 FABRICANTE, LLC, a California limited liability company, on 11 behalf of itself and derivatively on behalf of LEGACY ELECTRONICS, 12 INC., a California corporation, | Case No. SACV12-00523 JVS (ANx) **PRELIMINARY INJUNCTION** |
| 13         Plaintiff, | |
| 14     v. | |
| 15 LEGACY ELECTRONICS, INC., a South Dakota corporation; JASON 16 ENGLE, an individual; and DOES 1 through 10, inclusive, | |
| 17         Defendants. 18 | |

19

20

21

22

23

24

25

26

27

28

#117683 v1

PRELIMINARY INJUNCTION

1       The Court, having considered Plaintiff CA T 211 FABRICANTE, LLC's

2 ("Fabricante") Motion for a Preliminary Injunction, the supporting Memorandum of

3 Points and Authorities and declarations, and all other matters of which the Court

4 may properly take judicial notice, as well as all papers filed in opposition, and

5 having heard the arguments of counsel, and finding that good cause exists; and

6 Fabricante having filed an injunction bond in the amount of $2,500,

7       **IT IS HEREBY ORDERED** that Defendant LEGACY ELECTRONICS,

8 INC. ("Legacy SD"), directly and indirectly, and whether alone or in concert with

9 others, including any agent, representative, officer, or employee, is hereby enjoined

10 from:

11       1.    Assigning, transferring, pledging, hypothecating or otherwise

12 encumbering any patents, trademarks or trade secrets that were transferred to

13 Legacy SD from Legacy Electronics, Inc., a California corporation ("Legacy Cal");

14 and

15       2.    Assigning, transferring, pledging, hypothecating or otherwise

16 encumbering any inventory transferred to Legacy SD by Legacy Cal other than in

17 the ordinary course of business.

18

19

20 DATED:  June 27, 2012

21                     UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

#117683 v1

2

PRELIMINARY INJUNCTION