1 | LAWRENCE J. HILTON (State Bar No. 156524)
      lhilton@oneil-llp.com
2 | JENNIFER SUN (State Bar No. 238942)
      jsun@oneil-llp.com
3 | O'NEIL LLP
   | 19900 MacArthur Boulevard, Suite 1050
4 | Irvine, California 92612
   | Telephone: (949) 798-0500
5 | Facsimile: (949) 798-0511

6 | Attorneys for Plaintiff
   | CA T 211 FABRICANTE, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CA T 211 FABRICANTE, LLC, a California limited liability company, on behalf of itself and derivatively on behalf of LEGACY ELECTRONICS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEGACY ELECTRONICS, INC., a South Dakota corporation; JASON ENGLE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SACV12-00523 JVS (ANx)<br><br>**PRELIMINARY INJUNCTION** |

#117683 v1

The Court, having considered Plaintiff CA T 211 FABRICANTE, LLC's ("Fabricante") Motion for a Preliminary Injunction, the supporting Memorandum of Points and Authorities and declarations, and all other matters of which the Court may properly take judicial notice, as well as all papers filed in opposition, and having heard the arguments of counsel, and finding that good cause exists; and Fabricante having filed an injunction bond in the amount of $2,500,

**IT IS HEREBY ORDERED** that Defendant LEGACY ELECTRONICS, INC. ("Legacy SD"), directly and indirectly, and whether alone or in concert with others, including any agent, representative, officer, or employee, is hereby enjoined from:

1. Assigning, transferring, pledging, hypothecating or otherwise encumbering any patents, trademarks or trade secrets that were transferred to Legacy SD from Legacy Electronics, Inc., a California corporation ("Legacy Cal"); and

2. Assigning, transferring, pledging, hypothecating or otherwise encumbering any inventory transferred to Legacy SD by Legacy Cal other than in the ordinary course of business.

DATED:  June 27, 2012

_____
UNITED STATES DISTRICT JUDGE